(66 Hun, 630.)

### REVOIR, Respondent, v. BARTON et al., Appellants.

(Supreme Court, General Term, Fourth Department.   December 9, 1892.)

Action by Betsey Revoir against Florence A. Barton and others.
No opinion.   Order reversed, with $10 costs and disbursements.

---

(66 Hun, 630.)

### ROOD v. WEAVER.

(Supreme Court, General Term, Fourth Department.   December 9, 1892.)

Action by George L. Rood against Wallace L. Weaver.
No opinion.   Motion for a new trial dismissed for want of jurisdiction.   See
Johnson v. Railroad Co., 30 Hun, 166.

---

(66 Hun, 630.)

### ROSS, Respondent, v. HOOSE, Appellant.

(Supreme Court, General Term, Fourth Department.   December 9, 1892.)

Action by Harry Ross against Ira T. Hoose.
No opinion.   Judgment and order affirmed, with costs.

---

(66 Hun, 631.)

### SISSON, Respondent, v. BAUDER, Appellant.

(Supreme Court, General Term, Fourth Department.   December 9, 1892.)

Action by Jesse E. Sisson against Jeremiah Bauder.
No opinion.   Judgment affirmed, with costs.

---

(66 Hun, 630.)

### SMITH, Respondent, v. NORTHRUP, Appellant.

(Supreme Court, General Term, Fourth Department.   December 9, 1892.)

Action by Charles M. Smith, executor, against George B. Northrup.
No opinion.   Judgment and order reversed on the exceptions, and a new trial
ordered, with costs to abide the event.   Held, that the evidence as to taking
mortgages subsequent to the 22d of March, 1890, was improperly received.

---

(66 Hun, 630.)

### STERLING, Appellant, v. HILL, Respondent.

(Supreme Court, General Term, Fourth Department.   December 9, 1892.)

Action by William Sterling against Emeline Hill.
No opinion.   Motion granted, with $10 costs, unless the appellant shall, with-
in 20 days from service of order, print and serve copies of the bill of costs and
judgment roll, in which event the motion is denied, without costs.

---

(66 Hun, 630.)

### SYRACUSE SAV. BANK, Respondent, v. BARTON et al., Appellants.

(Supreme Court, General Term, Fourth Department.   December 9, 1892.)

Action by the Syracuse Savings Bank against Florence A. Barton and others.
No opinion.   Order striking out answers as frivolous reversed.   Judgment re-
versed, with one bill of costs to appellants, to be paid by respondent.   Other
orders appealed from vacated.